IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

SPECTRUM BRANDS PET LLC,

                Plaintiff,

v.

KENNY CHAN, WUNJUN MAO, WENDY CHIANG,
XIUPING HE, and JOHN DOES,

                Defendant.

ORDER FOR DEFAULT JUDGMENT

21-cv-689-jdp

---

By virtue of defendants' default, plaintiff Spectrum Brands Pet LLC has established defendants' liability. Based on Spectrum's amended motion for default judgment, it has established its entitlement statutory damages of $260,000 and an injunction.

Spectrum's initial motion for default judgment, Dkt. 14, is moot.

ORDER

IT IS ORDERED that:

1. Plaintiff Spectrum Brands Pet LLC's amended motion for default judgment, Dkt. 17, is GRANTED. The clerk of court is directed to enter judgment for plaintiff in the amount of $260,000.

2. Plaintiff's motion for default judgment, Dkt. 14, is DENIED as moot.

Entered March _11_, 2022.

BY THE COURT:

_____
JAMES D. PETERSON
District Judge