IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

SPECTRUM BRANDS PET LLC,

              Plaintiff,

v.

KENNY CHAN, WUNJUN MAO, WENDY CHIANG, XIUPING HE, and JOHN DOES,

              Defendants.

ORDER FOR PERMANENT INJUNCTION

21-cv-689-jdp

---

IT IS ORDERED that:

Defendants Kenny Chan, Wenjun Mao, Wendy Chiang, and Xiuping He and their agents, servants, employees, attorneys, and all others acting under or through defendants, directly or indirectly (the enjoined parties), are enjoined as follows:

(1) The enjoined parties are permanently enjoined and restrained from using, in any manner, Plaintiff's copyrighted works of art associated with its FURminator® products and packaging without express authorization or license from Spectrum Brands Pet LLC.

(2) The enjoined parties are permanently enjoined and restrained from manufacturing, advertising, marketing, promoting, offering to sell, and/or selling any pet grooming product that uses, copies, or misappropriates Plaintiff's FURminator® marks or other existing or future names or designs that are not more than a colorable variation of the FURminator® marks, whether such use is as, on, in, or in connection with any trademark, service mark, trade name, logo, design, Internet use, website, domain name, metatags, advertising, promotions, solicitations, commercial exploitation, television, web-based or any other program, or any product, packaging, or service, without express authorization or license from Spectrum Brands Pet LLC;

(3) Defendants shall send or deliver all products currently in any enjoined party's possession that uses, copies, or misappropriates Plaintiff's FURminator® copyrights or marks (or that use a mark that is not more than a colorable variation of the FURminator® mark), to Spectrum Brands Pet LLC.

Entered March ___11___, 2022.

BY THE COURT:

_____
JAMES D. PETERSON
District Judge