IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

SPECTRUM BRANDS PET LLC,

   Plaintiff,

  v.

KENNY CHAN, WENJUN MAO,
WENDY CHIANG, XIUPING HE,
and JOHN DOES,

   Defendants.

Case No.  21-cv-689-jdp

## DEFAULT JUDGMENT

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of plaintiff Spectrum Brands Pet LLC against defendants Kenny Chan, Wenjun Mao, Wendy Chiang, and Xiuping He in the amount of $260,000.

    Plus interest on the judgment at the legal rate until the judgment is satisfied.

    Dated this 14th day of March, 2022.

                      s/ K. Frederickson, Deputy Clerk
                      Peter Oppeneer
                      Clerk of Court